USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH CHOA et al., <br><br> Plaintiff, <br><br> -against- <br><br> CAFÉ TKJ INC (D/B/A SUKI) and KELLY CHO, <br><br> Defendants. | 1:21-cv-8173-MKV <br><br> ORDER |

MARY KAY VYSKOCIL, United States District Judge:

The Court has reviewed the proposed case management plan and joint letter submitted by the Parties [ECF No. 20] and has determined that an initial pre-trial conference is not necessary. The Court will enter the proposed case management plan, with alterations, on the docket. The initial pre-trial conference scheduled for February 16, 2022 is hereby adjourned.

**SO ORDERED.**

Date:   **February 10, 2022**            _____
        **New York, NY**                **MARY KAY VYSKOCIL**
                                        **United States District Judge**