```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH CHOA et al.,

               Plaintiff,

         -against-

CAFÉ TKJ INC (D/B/A SUKI) and KELLY CHO,

             Defendants.

1:21-cv-8173-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On February 10, 2022, the Court entered a Case Management Plan that set a further status conference with the Parties for May 18, 2022.  [ECF No. 22].  Pursuant to the Case Management Plan, the Parties were directed to file a joint letter regarding the status of the case one week before the May 18 conference.  [ECF No. 22 at 3-4].  To date, the Parties have not submitted the joint letter.

Accordingly, IT IS HEREBY ORDERED that the status conference set for May 18, 2022 is adjourned to June 15, 2022 at 10:00am.  The Parties are directed to file a joint status letter one week in advance of the conference.  The Parties are reminded that, pursuant to the Court's April 4, 2022 mediation referral order [ECF No. 28], they must file a joint letter within five days of the mediation currently scheduled for June 3, 2022.  **Counsel and the parties themselves are on notice that failure to comply with the Court's orders and Rules may result in sanctions,  including monetary sanctions, preclusion of claims, defenses, and evidence, and dismissal of this action with prejudice for failure to prosecute.**

**SO ORDERED.**

**Date:  May 12, 2022**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**