UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JOSEPHA CHOA, et al,

                 *Plaintiff*,

      -against-

CAFÉ TKJ INC (D/B/A SUKI) and KELLY CHO,

                 *Defendants.*
-----------------------------------------------------------X

21-cv-8173 (MKV)

**JUDGMENT**

      On August 4, 2022, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

      **NOW**, it is hereby **ORDERED**, **ADJUDGED AND DECREED** as follows:

      That the Plaintiff, JOSEPHA CHOA, has judgment against CAFÉ TKJ INC (D/B/A SUKI) and KELLY CHO, jointly and severally, in the amount of Seventeen Thousand Dollars and No Cents ($17,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2022

                                                  _____
                                                  Judge Mary Kay Vyskocil
                                                  UNITED STATES DISTRICT JUDGE