```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

JOSEPHA CHOA, et al,

           *Plaintiff*,

  -against-

CAFÉ TKJ INC (D/B/A SUKI) and KELLY CHO,

           *Defendants*.

------------------------------------------------------------X

**21-cv-8173 (MKV)**

**JUDGMENT**

    On August 4, 2022, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

    **NOW**, it is hereby **ORDERED**, **ADJUDGED AND DECREED** as follows:

    That the Plaintiff, JOSEPHA CHOA, has judgment against CAFÉ TKJ INC (D/B/A SUKI) and KELLY CHO, jointly and severally, in the amount of Seventeen Thousand Dollars and No Cents ($17,000.00), which is inclusive of attorneys' fees and costs.

Dated: 8/30/2022, 2022

                                      *Mary Kay Vyskocil*
                                      Judge Mary Kay Vyskocil
                                      UNITED STATES DISTRICT JUDGE